No. 78–1073. HENNESSY ET UX. *v.* HENNESSY ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 60.

No. 78–1071. HUGHES *v.* HUGHES. Appeal from Sup. Ct. Ala. Judgment vacated and case remanded for further consideration in light of *Orr* v. *Orr*, 440 U. S. 268 (1979).

No. 78–1451. McCOY ET AL. *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from C. A. 7th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1611. HERCOFORM, INC. *v.* CHICAGO TITLE INSURANCE CO. ET AL. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Kimbell Foods, Inc.,* 440 U. S. 715 (1979).